# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Joselyn Pizarro

                        Plaintiff,

v.                                             Case No.: 1:22–cv–03650

                                                                Honorable Steven C. Seeger

Casa Central Social Services Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 28, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Based upon the filed Notice of Voluntary Dismissal (Dckt. No. [8]), the Court hereby dismisses this case without prejudice. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.